| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CR3004 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JASON R. BIELICKI, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Mr. Bielicki's Unopposed Motion to Continue Plea Hearing, filing 25, from May 17, 2012, for approximately 30-45 days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Bielicki's plea hearing currently scheduled for Thursday, May 17, 2012, at 2:00 p.m. shall be continued to July 10, 2012 at 9:30 a.m. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the plea hearing. Further, the Court finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from May 17, 2012, until July 10, 2012, shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 14th day of May, 2012.

BY THE COURT:

 s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge