IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3004 |
| vs. | ORDER |
| JASON R. BIELICKI, | |
| Defendant. | |

THIS MATTER comes before the Court on defendant's Request to File Restricted Document (filing 35). The Court, being fully advised in the premises, finds that said request should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Unopposed Motion to Continue Plea Hearing (filing 36) as restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

Dated this 13th day of August, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge